# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN RAY HOLMES,
Petitioner,

vs.

NEVADA COURT OF APPEALS; THE
HONORABLE MICHAEL P. GIBBONS;
THE HONORABLE JEROME T. TAO;
AND THE HONORABLE ABBI SILVER,
Respondents.

No. 69766

**FILED**

MAR 1 7 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus. Petitioner challenges a decision of the Nevada Court of Appeals in dismissing his appeal for want of jurisdiction. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170; *see also* NRAP 40B(a) ("A decision of the Court of Appeals is a final decision that is not reviewable by the Supreme Court except on petition for review."). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:     Hon. Michael Gibbons, Chief Judge, Court of Appeals
        Kevin Ray Holmes
        Attorney General/Carson City
        Nevada Court of Appeals Clerk

16-08483